IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MELISSA JESTER, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-14 (LAG) |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 3rd day of June, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk